JS - 6

**FILED: 9/14/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> AMERICAN SAFETY INDEMNITY ) <br> COMPANY, ) <br> ) <br> Defendants. ) <br> _____) | CASE NO. CV 11-5319 GHK (CWx) <br><br> **ORDER OF DISMISSAL** |

The parties having gone before Magistrate Judge Woehrle for *settlement conference*, and the Court having been advised that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE (45) DAYS**, to reopen the action if settlement is not consummated.

Dated:   9/14/12

GEORGE H. KING
United States District Judge